## United States District Court

_____EASTERN_____ DISTRICT OF _____MICHIGAN_____

In the Matter of the Search of
(Name, address or brief description of property or premises to be searched)

**Contents of Toshiba Laptop Computer Seized on June 19, 2009**

### SEARCH WARRANT

Case: 2:09-mc-50908
Judge: Rosen, Gerald E
Filed: 08-05-2009 At 03:32 PM
SEALED MATTER (SJ)

TO: __FEDERAL BUREAU OF INVESTIGATION__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Dean Kinsman__ who has reason to
                                                Affiant

believe that [ ] on the person of or [X] on the premises known as (name, description and/or location)
See Attachment A

in the _____EASTERN_____ District of _____MICHIGAN_____ there is now concealed a certain person or property, namely (describe the person or property)

See attachment B.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____August 15, 2009_____
                                                                                  (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.)(at ~~any time in the day or night as I find reasonable cause~~ has ~~been established~~)) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or prop-erty seized and promptly return this warrant to Magistrate Judge R. Steven Whalen as required by law.

                                                                U.S. Judge or Magistrate Judge

__August 5, 2009__   3:35 p.m.   at   __Detroit, Michigan__
Date and Time Issued                                       City and State

R. STEVEN WHALEN
United States Magistrate Judge
Name and Title of Judicial Officer                                       Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 8/5/09 | 8/6/09  9:00am | FBI Detroit Evidence Room |

INVENTORY MADE IN THE PRESENCE OF
SA Zentz, FBI detroit

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

1. Copy of Toshiba laptop

### CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*  8/11/09
U.S. Judge or Magistrate   Date

# ATTACHMENT A

# PLACE TO BE SEARCHED

The hard drive of the Toshiba laptop computer currently in the possession of the FBI Detroit Field Office. The laptop computer had been transferred from the Lawrenceville, Illinois Police Department to the FBI in Detroit after being seized on June 19, 2009 from Dmitry Volkodav.

# ATTACHMENT B

# ITEMS TO BE SEIZED

All digital or electronic files, e-mails, photographs, and other electronically-stored information located on the hard drive of the Toshiba laptop computer currently in the possession of the FBI Detroit Field Office that was previously seized on June 19, 2009 from Dmitry Volkodav, that constitute evidence of wire fraud, conspiracy to commit wire fraud, bank fraud, identity theft, and related criminal violations.